UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOLOMONA RICKY PATU,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. 3:15-CV-05411-RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTING DATE: AUGUST 28, 2015 |

      The District Court has referred this 28 U.S.C. § 2254 Petition for a writ of habeas corpus to United States Magistrate Judge David W. Christel. Presently pending before the Court is Petitioner's Motion to Proceed *In Forma Pauperis*. Dkt. 3.

      The right to proceed in forma pauperis is not absolute. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Proceeding *in forma pauperis* is a matter within the sound discretion of the trial court in civil actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Here, Petitioner provides his prison trust account summary showing an average spendable balance of forty-three dollars and twenty cents ($43.20). Dkt. 6. Petitioner can afford to pay the five dollar ($5.00)

filing fee. Accordingly, the Court recommends denial of the Motion to Proceed *In Forma Pauperis*.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on August 28, 2015, as noted in the caption.

Dated this 3rd day of August, 2015.

David W. Christel
United States Magistrate Judge