UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SOLOMONA RICKY PATU,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 3:15-CV-05411-RJB

ORDER

This matter comes before the Court on Petitioner's May 2, 2016 pleading. Dkt. 18. The Court has considered the pleading and the file.

On September 9, 2016, Petitioner's application to proceed *in forma pauperis* was denied. Dkt. 12. Petitioner was informed he could pay the filing fee, if he wished to continue with the case. *Id.* He was warned that if he did not pay the fee, the case may be dismissed. *Id.* On November 19, 2015, this matter was dismissed without prejudice because Petitioner failed to pay the filing fee. Dkt. 15.

Petitioner filed the instant pleading on May 2, 2016, asserting that the Court "overcharged [him] for his U.S. District Court costs." Dkt. 18, at 1. Petitioner further inquires why other cases were or were not dismissed, and why he was being charged for those cases. *Id.* Petitioner also files a third application to proceed IFP. Dkt. 18-1.

ORDER - 1

1     Petitioner's application to proceed IFP (Dkt. 18-1) should be stricken. This case is
2 closed. Further, by way of clarification, the record does not indicate that money was charged or
3 collected from Petitioner on this case.

4     **IT IS SO ORDERED**.

5     **DATED** this 5th day of May, 2016.

    */s/ Robert J. Bryan*
    ROBERT J. BRYAN
    United States District Judge